# EXHIBIT A

## Invoice Itemization for Amounts Owed by Defendant

55750747.1
389590-00014

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Capital Wholesale Drug Co**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 11526 | 2673904 | 11/17/2016 | 11/17/2016 | $ (275.40) | $ (275.40) |
| 11526 | 3057666 | 4/10/2018 | 4/10/2018 | $ (29.38) | $ (29.38) |
| 11526 | 3057667 | 4/10/2018 | 4/10/2018 | $ (61.99) | $ (61.99) |
| 11526 | 3158851 | 8/16/2018 | 8/16/2018 | $ (136.24) | $ (136.24) |
| 11526 | 3203625 | 10/12/2018 | 10/12/2018 | $ (148.50) | $ (148.50) |
| 11526 | 3447998 | 8/22/2019 | 8/22/2019 | $ (8.90) | $ (8.90) |
| 11526 | 3543286 | 1/23/2020 | 1/23/2020 | $ 1.89 | $ 1.89 |
| 11526 | 3770809 | 1/2/2021 | 1/2/2021 | $ (357.00) | $ (357.00) |
| 11526 | 3906270 | 7/23/2021 | 7/23/2021 | $ 1.01 | $ 1.01 |
| 11526 | 4018878 | 1/6/2022 | 1/6/2022 | $ (554.96) | $ (554.96) |
| 11526 | 4018879 | 1/6/2022 | 1/6/2022 | $ (554.96) | $ (554.96) |
| 11526 | 4020011 | 1/8/2022 | 1/8/2022 | $ (71.15) | $ (71.15) |
| 11526 | 4037139 | 2/7/2022 | 2/7/2022 | $ (85.81) | $ (85.81) |
| 11526 | 4046365 | 2/22/2022 | 2/22/2022 | $ 2,219.84 | $ 2,219.84 |
| 11526 | 4051957 | 3/2/2022 | 3/2/2022 | $ (49.08) | $ (49.08) |
| 11526 | 4209041 | 11/21/2022 | 11/21/2022 | $ (9.39) | $ (9.39) |
| 11526 | 4214465 | 12/2/2022 | 12/2/2022 | $ (2,192.96) | $ (2,192.96) |
| 11526 | 4231121 | 12/28/2022 | 12/28/2022 | $ (86.88) | $ (86.88) |
| 11526 | 4231219 | 12/29/2022 | 2/28/2023 | $ 1,878.00 | $ 1,878.00 |
| 11526 | 4231633 | 12/30/2022 | 3/1/2023 | $ 435.60 | $ 435.60 |
| 11526 | 4232170 | 1/4/2023 | 3/6/2023 | $ 1,907.28 | $ 1,907.28 |
| 11526 | 4232765 | 1/5/2023 | 3/7/2023 | $ 3,127.68 | $ 3,127.68 |
| 11526 | 4238686 | 1/12/2023 | 3/14/2023 | $ 3,756.00 | $ 3,756.00 |
| 11526 | 4240318 | 1/13/2023 | 3/15/2023 | $ 306.24 | $ 306.24 |
| 11526 | 4245396 | 1/17/2023 | 3/19/2023 | $ 348.48 | $ 348.48 |
| 11526 | 4246902 | 1/18/2023 | 3/20/2023 | $ 18,987.12 | $ 18,987.12 |
| 11526 | 4248700 | 1/19/2023 | 3/21/2023 | $ 600.96 | $ 600.96 |
| 11526 | 4252369 | 1/24/2023 | 3/26/2023 | $ 1,808.88 | $ 1,808.88 |
| 11526 | 4256847 | 1/25/2023 | 3/27/2023 | $ 825.12 | $ 825.12 |
| 11526 | 4256865 | 1/25/2023 | 3/27/2023 | $ 87.12 | $ 87.12 |
| 11526 | 4258134 | 1/26/2023 | 3/28/2023 | $ 1,729.20 | $ 1,729.20 |
| 11526 | 4259852 | 1/27/2023 | 3/29/2023 | $ 871.44 | $ 871.44 |
| 11526 | 4263050 | 2/2/2023 | 4/4/2023 | $ 300.48 | $ 300.48 |
| 11526 | 4263065 | 2/2/2023 | 4/4/2023 | $ 9,694.80 | $ 9,694.80 |
| 11526 | 4263578 | 2/3/2023 | 4/5/2023 | $ 1,099.68 | $ 1,099.68 |
| 11526 | 4265334 | 2/6/2023 | 2/6/2023 | $ (28.63) | $ (28.63) |
| 11526 | 4266660 | 2/8/2023 | 4/10/2023 | $ 240.12 | $ 240.12 |
| 11526 | 4267628 | 2/9/2023 | 4/11/2023 | $ 825.12 | $ 825.12 |
| 11526 | 4268422 | 2/10/2023 | 4/12/2023 | $ 76.56 | $ 76.56 |
| 11526 | 4269675 | 2/13/2023 | 4/15/2023 | $ 2,229.60 | $ 2,229.60 |
| 11526 | 4270573 | 2/14/2023 | 2/14/2023 | $ (87.28) | $ (87.28) |
| 11526 | 4272176 | 2/16/2023 | 4/18/2023 | $ 229.68 | $ 229.68 |
| 11526 | 4272179 | 2/16/2023 | 4/18/2023 | $ 825.12 | $ 825.12 |
| 11526 | 4272215 | 2/16/2023 | 4/18/2023 | $ 5,908.80 | $ 5,908.80 |
| 11526 | 4274286 | 2/20/2023 | 4/22/2023 | $ 898.56 | $ 898.56 |
| 11526 | 22076807 | 12/28/2022 | 12/28/2022 | $ 1,099.68 | $ 1,099.68 |
| | | | **Totals:** | **$ 57,581.55** | **$ 57,581.55** |